JUNE 17, 1974

No. 73–120. MARBURGER, COMMISSIONER OF EDUCATION OF NEW JERSEY, ET AL. v. PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL.; and

No. 73–121. GRIGGS ET AL. v. PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL. Appeals from D. C. N. J. Motion of EDL-New Jersey, Inc., for leave to file a brief as amicus curiae in No. 73–120 granted. Judgment affirmed. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST would note probable juris-

diction and set cases for oral argument.